**UNITED STATES of America, Plaintiff–Appellee,**

v.

**James BUTLER, Defendant–Appellant.**

**No. 14–12950 Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Feb. 11, 2015.

R. Brian Tanner, James D. Durham, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, Nancy Greenwood, Patricia Green Rhodes, U.S. Attorney's Office, Augusta, GA, for Plaintiff–Appellee.

Brendan Neville Fleming, Brendan N. Fleming, LLC, Augusta, GA, for Defendant–Appellant.

Before HULL, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Brendan N. Fleming, appointed counsel for James Butler in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of

the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Butler's conviction and sentence are **AFFIRMED**.